FILED

05/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0534

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0534

_____

WILLIAM RIDEG,

      Plaintiff and Appellee,

   v.

ROBERT BERLETH and NADIA BERLETH, et
al.,

      Defendants and Appellants.

_____

O R D E R

    Counsel for Appellants has filed a Motion for Continuance to file the reply brief in the referenced matter. Attached to his motion is an affidavit by Court Reporter Catherine Rebish asking for 20 days to complete the transcripts.

    IT IS ORDERED that the Motion for Continuance is GRANTED. Appellants have until June 15, 2020, within which to file the reply brief.

    No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 15 2020